UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE PALMER, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>HSBC BANK, USA, N.A.,<br><br>    Defendant. | Case No. 22-cv-02178-VC<br><br>**ORDER DENYING MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>Re: Dkt. No. 151 |

The motion to consider whether another party's materials should be sealed is denied. HSBC has not filed a statement in support of that motion, as required by the Northern District of California's local rules. Further, the Court cannot conceive of any argument for why sealing the material (in its already-redacted form) would be justified. Palmer is ordered to file the document on the public docket within 7 days of this order.

**IT IS SO ORDERED.**

Dated: January 18, 2023

VINCE CHHABRIA
United States District Judge