UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE PALMER, et al.,<br><br>    Plaintiff,<br><br>v.<br><br>HSBC BANK, USA, N.A.,<br><br>    Defendant. | 22-cv-02178-VC<br><br>**JUDGMENT** |

    The Court, having granted summary judgment to the defendant, now enters judgment in favor of the defendant and against the plaintiff. The Clerk of Court is directed to close the case.

    **IT IS SO ORDERED.**

Dated: January 18, 2023

_____
VINCE CHHABRIA
United States District Judge